# IN THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | § | NO. 3:19-05259 |
| **KADREN PATRICE CARTER-RIPPY,** | § | CHAPTER 13 |
| Debtor. | § | JUDGE HARRISON |
| | § | |
| **RICHLAND HILLS,** | § | |
| Movant. | § | |
| **VS.** | § | |
| **KADREN PATRICE CARTER-RIPPY, AND** | § | |
| **HENRY E. HILDEBRAND, III, TRUSTEE,** | § | |
| Respondents. | § | |

## ORDER GRANTING RELIEF FROM STAY

The Movant, an unsecured creditor identified above, is granted relief from the automatic stay in 11 U.S.C. § 362(a) to pursue its rights, as allowed by state law and the bankruptcy code, with respect to subject property known as 5800 Maudina Ave., Apt. #F-1, Davidson County, Nashville, Tennessee. The subject property includes, but is not limited to, all parking, storage and common areas.

Determination of the Movant's rights shall be heard in the state court, including but not limited to, General Sessions Court for Davidson County, Tennessee. Debtor withdrew his/her response to the motion on September 30, 2019. The withdrawal of debtor's response to the motion for relief from the stay is deemed a statement of no opposition to the relief requested.

IT IS ORDERED that due to the debtor's withdrawal of the response to the Motion for Relief, the automatic stay in 11 U.S.C. § 362(a) is terminated with respect to the Movant and the subject property.

IT IS FURTHER ORDERED that the automatic stay in FED. R. BANKR. P. 4001(a)(3) does not apply.

*THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.*

**APPROVED FOR ENTRY:**

*/s/ M. Wesley Hall, III*
M. Wesley Hall, III
Hall & Associates
Attorney for Movant
223 Madison Street, Suite 212
Madison, TN 37115
(615) 868-4101; (615) 868-3893 (fax)
bk1@the-law-office.net