| | |
|---|---|
| IN RE: } | Case No. 3:19-bk-05259 |
| KADREN PATRICE CARTER-RIPPY } | |
| 5800 MAUDINA AVE } | |
| APT #F-1 } | Chapter 13 |
| Nashville, TN 37218 } | |
| SSN: xxx-xx-8186 } | Judge Marian F Harrison |
| } | |
| Debtor(s) } | |

**THE DEADLINE FOR FILING A TIMELY RESPONSE IS:** November 20, 2019
**IF A RESPONSE IS TIMELY FILED, THE HEARING WILL BE:** December 4, 2019 at 8:30 a.m. in Courtroom One, Second Floor, 701 Broadway, The Customs House, Nashville, TN 37203

**NOTICE OF MOTION TO MODIFY PLAN TO ALTER OR AMEND CONFIRMATION ORDER**

The Debtor has asked the Court for the following relief: permission to Modify Plan to Alter or Amend Confirmation Order.

YOUR RIGHTS MAY BE AFFECTED.

If you do not want the court to grant the attached motion, or if you want the court to consider your views on the motion, then on or before November 20, 2019, you or your attorney must:

1. File with the court your written response or objection explaining your position at:

   By Mail:   U.S. Bankruptcy Court, 701 Broadway, Room 170, Nashville, TN  37203
   In Person: U.S. Bankruptcy Court, 701 Broadway, Room 170, Nashville, TN  37203
   (Monday- Friday, 8:00 a.m. – 4:00 p.m.)

2. Your responses must state that the deadline for filing responses: **November 20, 2019** the date of the scheduled hearing is: **December 4, 2019** and the motion to which you are responding is: MOTION TO MODIFY PLAN TO ALTER OR AMEND CONFIRMATION ORDER.

   If you want a file stamped copy returned, you must include an extra copy and a self-addressed, stamped envelope.

3. You must also mail a copy of your response to:

   Flexer Law, PLLC, 1900 Church St, Suite 400 Nashville, TN 37203, and see Certificate of Service for additional parties to serve (attached hereto).

   If a timely response is filed, the hearing will be held at the time and place indicated above. ***THERE WILL BE NO FURTHER NOTICE OF THE HEARING DATE***.  You may check whether a timely response has been filed by calling the Clerk's office at 615-736-5584 or viewing the case on the Court's web site at www.tnmb.uscourts.gov. If you received this notice by mail, you may have three additional days in which to file a timely response under Rule 9006(f) of the Federal Rules of Bankruptcy Procedure.
   If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting relief.

| | | |
|---|---|---|
| Date: 10/30/2019 | Signature: | _/s/ Daniel Castagna_____ |
| | Name: | Flexer Law, PLLC |
| | Address: | 1900 Church St, Suite 400 Nashville, TN 37203 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE:<br>KADREN PATRICE CARTER-RIPPY<br>5800 MAUDINA AVE<br>APT #F-1<br>Nashville, TN 37218<br>SSN: xxx-xx-8186<br><br>Debtor(s) | }<br>}<br>}<br>}<br>}<br>}<br>}<br>} | Case No. 3:19-bk-05259<br><br>Chapter 13<br><br>Judge Marian F Harrison |

**MOTION TO MODIFY PLAN TO ALTER OR AMEND CONFIRMATION**

COMES NOW the Debtor, by and through counsel, and would move this Honorable Court for permission to modify plan to alter or amend the Confirmation Order in accordance with Administrative Order 18-1.

The Debtor's Chapter 13 bankruptcy was filed on August 16, 2019, and a plan was confirmed on October 28, 2019 (Docket Entry #42). Pursuant to Administrative Order 18-1, Debtor's counsel was permitted the full attorney fee of $4,250.00. Counsel for the Debtor would state that the new confirmed plan payment accounted for a full attorney fee based on the plan payment. However, the attorney fee permitted on the Confirmation Order was never updated to provide for the full attorney fee.

Counsel for the Debtor requests the Order Confirming Chapter 13 Plan for the Debtor entered on October 28, 2019 be altered or amended to reflect these changes and to increase the attorney fee to $4,250.00 per Administrative Order 18-1. As such, Debtor's Counsel prays for an Order to modify the plan to amend the Confirmation Order to provide the following:

a) Part 4.1 Attorney Fees: The balance of fees currently owed to Flexer Law, PLLC is $4,250.00. The total fee awarded to the attorney is $4,250.00 pursuant to Administrative Order 18-1.

b) The success incentive of $400.00 shall be classified as a Class 6 Claimant which the Trustee shall place a "reserve" on and withhold disbursements pending a further determination.

c) No other terms of the Confirmation Order shall be affected by this motion.

Respectfully submitted,

   _/s/ Daniel Castagna_
Daniel Castagna, BPR #022721
Attorney for Debtor
Flexer Law, PLLC
1900 Church St, Suite 400
Nashville, TN 37203
(615) 255-2893
fax: (615) 242 8849
cm-ecf@jamesflexerconsumerlaw.com

**DRAFT**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | } | Case No. 3:19-bk-05259 |
| KADREN PATRICE CARTER-RIPPY | } | |
| 5800 MAUDINA AVE | } | |
| APT #F-1 | } | Chapter 13 |
| Nashville, TN 37218 | } | |
| SSN: xxx-xx-8186 | } | Judge Marian F Harrison |
| | } | |
| Debtor(s) | } | |

## PROPOSED ORDER GRANTING MOTION TO MODIFY PLAN TO ALTER OR AMEND CONFIRMATION ORDER

It appears to the United States Bankruptcy Court for the Middle District of Tennessee that Counsel for the Debtor filed a Motion to Modify Plan to Alter or Amend Confirmation Order and notice of said motion has been given pursuant to L.B.R. 9013-1 to all parties in interest. It further appears to the Court that twenty-one (21) days have elapsed since the date of service of the motion and no responses have been forthcoming from any party in interest.

It is therefore ORDERED that the Confirmation Order shall be modified to include the following provisions:

a) Part 4.1 of the Confirmation Order entered with this Court on October 28, 2019 shall be modified to increase the attorney fee to $4,250.00 per Administrative Order 18-1.

b) The balance owed to Flexer Law, PLLC is $4,250.00.

c) The success incentive of $400.00 shall be classified as a Class 6 Claimant, which the Trustee shall place a "reserve" on and withhold disbursements pending a further determination.

d) No other terms of the Confirmation Order shall be affected by this modification.

IT IS SO ORDERED.

*This order was electronically signed and entered as indicated at the top of the first page.*

APPROVED FOR ENTRY:
 */s/ Daniel Castagna*
Daniel Castagna, BPR #022721
Attorney for Debtor
Flexer Law, PLLC
1900 Church St, Suite 400
Nashville, TN 37203
(615) 255-2893   fax: (615) 242 8849
cm-ecf@jamesflexerconsumerlaw.com

## CERTIFICATE OF SERVICE

    I hereby certify that on October 30, 2019 I furnished a true and correct copy of the foregoing to the following parties in interest:

| | |
|---|---|
| Henry E. Hildebrand, III<br>Chapter 13 Trustee<br>P.O. Box 340019<br>Nashville, TN 37203-0019 | Electronic |
| U.S. Trustee<br>318 Customs House, 701 Broadway<br>Nashville, TN 37203 | Electronic |
| Kadren Carter-Rippy<br>3108 Hydes Ferry Road<br>Nashville, TN 37218 | U.S. mail first class |

I have mailed 30 notices. I have served 32 notices.

                                                                                                             /s/ *Daniel Castagna*<br>
                                                                                                             Daniel Castagna

**Ad Astra Recovery**
7330 West 33rd Street North Suite 118 Wichita KS 67205

**AT&T Mobility II LLC**
%AT&T SERVICES INC. KAREN A. CAVAGNARO PARALEGAL ONE AT&T WAY, SUITE 3A104 BEDMINSTER, NJ. 07921

**AUTOMATED COLLECTION SERVICES INC**
2802 OPRYLAND DR NASHVILLE TN 37214

**Barrett Realty Company**
c/o Hall & Associates 223 Madison St. Suite 212 Madison, TN 37116

**Bull City Financial Solutions**
2609 North Duke Street Suite 500 Durham NC 27704

**CASH EXPRESS**
6000 CHARLOTTE PK Nashville TN 37209

**Cash Express, LLC**
345 South Jefferson Avenue, Suite 300 Cookeville, TN 38501

**Chrysler Capital**
PO Box 961275 Fort Worth, TX 76161

**Dept of Ed / Navient**
Attn: Claims Dept PO Box 9635 Wilkes Barr PA 18773

**Financial Data Systems**
Attn: Bankruptcy PO Box 688 Wrightsville Beach NC 28480

**FIRST NASHVILLE REALTY AND MANAGEMENT**
2819 GALLATIN PK Nashville TN 37216

**IAFCO, LLC**
C/O SUSAN FAULKNER 736 CURREY ROAD Nashville TN 37217

**InSolve Auto Funding, LLC c/o Wayfinder BK, LLC**
PO Box 64090 Tucson, AZ 85728-4090

**LAB CORP OF AMERICA**
PO BOX 2240 Burlington NC 27216

**MATTHEW WALKER HEALTH CENTER**
1501 HERMAN ST Nashville TN 37208

**METRO WATER**
1700 3RD AVE. NORTH Nashville TN 37208

**Nashville Electric Service**
1214 Church Street Nashville, TN 37246

**NASHVILLE HOME HUNTERS**
318 SEABOARD LN #115 Franklin TN 37067

**NATHAN LYBARGER, ATTORNEY**
223 MADISON ST SUITE 212 Madison TN 37115

**PRIORITY INSURANCE AGENCY INC**
1355 LYNNFIELD #160 MEMPHIS TN 38119

**Richland Hill Apartments**
c/o Hall & Associates 223 Madison Street, Suite 212 Madison, TN 37116

**RICHLAND HILLS APARTMENTS**
5800 MAUDINA AVE NASHVILLE TN 37209

**Robinson Reagan & Young PLLC**
446 James Robertson Parkway, Ste 200 Nashville TN 37219

**Santander Consumer USA/CHRYSLER CAPITAL**
Attn: Bankruptcy 10-64-38-FD7 601 Penn St Reading PA 19601

**Southwest Credit Systems**
4120 International Parkway Carrollton TX 75007

**Tennessee Quick Cash,Inc.**
6326 Charlotte Pike Nashville,TN 37209

**TIMOTHY O'CONNOR, ATTORNEY**
315 DEADRICK ST SUITE 1700 Nashville TN 37238

**U-HAUL**
241 N 1ST ST Nashville TN 37213

**VIDANT HEALTH**
PO BOX 71095 Charlotte NC 28272